U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 2 5 2018

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:17-CR-00327-06 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| RICHARD ALAN SMITH | * | MAGISTRATE JUDGE WHITEHURST |

## UNDERSTANDING OF MAXIMUM PENALTY AND CONSTITUTIONAL RIGHTS

I, RICHARD ALAN SMITH, the above-named defendant, having been furnished a copy of the charges and having discussed same with my attorney, state that I understand the nature of the charges against me and the maximum possible penalties that may be imposed against me as follows:

**PENALTY FOR COUNT 1 OF THE SECOND SUPERSEDING INDICTMENT:**

An imprisonment term of not more than fifteen (15) years, pursuant to 18 U.S.C. § 3, and a fine of up to $250,000, pursuant to 18 U.S.C. § 3571; a term of supervised release of not more than three (3) years, pursuant to 18 U.S.C. § 3583(b)(2), and a special assessment of $100.00 pursuant to 18 U.S.C. § 3013.

I further state that I understand:

1. My right to be represented by counsel (a lawyer) of my choice, or if I cannot afford counsel, my right to be represented by court-appointed counsel at no cost to me;

2. My right to plead guilty or not guilty;

3. My right to have a jury trial with twelve jurors who must all agree as to my guilt in order to convict;

4. My right not to be required to testify against myself or at all, if I do not so desire; and

5. My right to confront and cross-examine witnesses against me and my right to have compulsory process to require witnesses to testify.

I realize that by pleading guilty, I stand convicted of the crime charged and waive my privilege against self-incrimination, my right to jury trial, my right to confront and cross-examine witnesses, and my right of compulsory process.

I further state that my plea in this matter is free and voluntary and that it has been made without any threats or inducements whatsoever (except the Plea Agreement) from anyone associated with the State or United States Government or my attorney, and that the only reason I am pleading guilty is that I am in fact guilty as charged.

Thus done and signed this __16th__ day of __July__, 2018, at ~~Lafayette~~ St. Martinville, Louisiana.

_____
RICHARD ALAN SMITH
Defendant

_____
LESTER GAUTHIER, JR., LA Bar No. 05982

RICHARD ALAN SMITH – Affidavit of Understanding
Page 2 of 3

Attorney at Law
Post Office Box 3371
Lafayette, Louisiana 70502
Telephone: (337) 264-1783


DAVID C. JOSEPH
United States Attorney

_____
DOMINIC ROSSETTI, CA Bar ID 287676
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618


DAVID L. JAFFE
Acting Chief, Organized Crime and Gang Section
United States Department of Justice

_____
DAVID N. KARPEL, CO Bar ID 17865
Trial Attorney, Organized Crime and Gang Section
1301 New York Ave, NW, Suite 700
Washington, DC 20005
Telephone: (202) 307-5715



_____
CAROL B. WHITEHURST
United States Magistrate Judge