# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 18-31235
Conference Calendar

_____

D.C. Docket No. 6:17-CR-327-6

United States Court of Appeals
Fifth Circuit

**FILED**
September 10, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

RICHARD ALAN SMITH,

    Defendant - Appellant

Appeal from the United States District Court for the
Western District of Louisiana

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.



**Certified as a true copy and issued
as the mandate on Oct 02, 2019**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-31235
Conference Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
September 10, 2019
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

                Plaintiff−Appellee,

versus

RICHARD ALAN SMITH,

                Defendant−Appellant.

Appeal from the United States District Court
for the Western District of Louisiana
No. 6:17-CR-327-6

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

    The attorney appointed to represent Richard Smith has moved to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-31235

withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Smith has not filed a response.

We have reviewed counsel's brief and the relevant portions of the record. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 02, 2019

Mr. Tony R. Moore
Western District of Louisiana, Lafayette
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 18-31235   USA v. Richard Smith
                         USDC No. 6:17-CR-327-6

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Debbie T. Graham, Deputy Clerk

cc:
    Ms. Camille Ann Domingue
    Mr. Richard Alan Smith